GARY M. RESTAINO
United States Attorney
District of Arizona
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
AZ State Bar No. 033439
40 N. Central Ave., Suite 1800
Phoenix, AZ, 85004
Telephone: (602) 514-7732
Email: Ross.Arellano.Edwards@usdoj.gov
Attorneys for Plaintiff

FILED / SEP 03 2024 / CLERK U S DISTRICT COURT / DISTRICT OF ARIZONA / BY DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 2. Antonio Aparicio III, <br> 4. Carlos Moreno-Serano, <br> 5. Xasiel Noriega-Gonzalez, <br> 6. Joshua Guillermo Leon-Fuentes, <br> 7. Angel Rodriguez, <br> 8. Crystobal Figueroa, <br> 9. Saul Ponce Jr., <br> 10. David Leon-Pallanes, <br> 11. Manuel Uriel Alvarado, <br> 12. Elian Lopez, <br> 13. Raymundo Delgado-Diaz, <br> 14. Isreal Zeveda, <br> 15. Francisco Javier Esparza-Macias, <br> 16. Alex Chiquete, <br> 17. Hector Eduardo-Valdez, and <br> 18. Jose Gabriel Marquez-Mendiola, <br><br> Defendants. | No. CR-23-01676-PHX-KML <br><br> **SUPERSEDING INDICTMENT** <br><br> VIO: 8 U.S.C §§ 1324(a)(1)(A)(iii) and (a)(1)(A)(v)(I), and (a)(1)(B)(i) <br> (Conspiracy to Harbor Illegal Aliens) <br> Count 1 <br><br> 8 U.S.C §§ 1324(a)(1)(A)(iii), and (a)(1)(B)(i) <br> (Harbor Illegal Aliens for Profit) <br> Count 2 <br><br> 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i) <br> (Conspiracy to Transport Illegal Aliens) <br> Count 3 <br><br> 8 U.S.C. § 1324(b), <br> 18 U.S.C. §§ 981 and 982, <br> 21 U.S.C. §§ 853 and 881, and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**BACKGROUND**

At times relevant to this Indictment:

1. Defendant [4] Carlos Moreno-Serrano is, or was, the leader of an Alien Smuggling Organization (ASO) known as La Mesa. La Mesa operates out of Yuma and Somerton, Arizona. La Mesa is responsible for smuggling, or attempting to smuggle, hundreds of illegal aliens across the United States-Mexico border and further into the United States.

2. During the conspiracy, Antonio Aparicio III [2], Xasiel Noriega-Gonzalez [5], and Joshua Guillerom Leon-Fuentes [6], were responsible for coordinating smuggling events, scouting for drivers transporting illegal aliens, procuring and running stash houses, distribution of payments to drivers, and enforcement on behalf of La Mesa.

3. During the conspiracy, Angel Rodriguez [7] was responsible for transportation of illegal aliens, scouting for drivers transporting illegal aliens, and enforcement on behalf of La Mesa.

4. During the conspiracy, Crystobal Figueroa [8] was responsible for recruiting drivers, transporting illegal aliens and enforcement on behalf of La Mesa.

5. During the conspiracy, Saul Ponce Jr. [9] was responsible for procuring vehicles used to smuggle illegal aliens, transporting illegal aliens, and scouting for others transporting illegal aliens.

6. During the conspiracy, David Leon-Pallanes [10] was responsible for transporting illegal aliens, acting as a scout driver, and operating a stash house for harboring illegal aliens.

7. During the conspiracy, Manuel Uriel Alvarado [11] was responsible for coordinating the transportation of illegal aliens.

8. During the conspiracy, Elian Lopez [12], was responsible for transporting illegal aliens and operating a stash house to harbor illegal aliens.

9. During the conspiracy, Raymundo Delgado-Diaz [13], Isreal Zeveda [14]. Francsico Javier Esparza-Macias [15], Alex Chiquete [16] Hector Eduardo-Valdez [17] and Jose Gabriel Marquez-Mendiola [18], and were responsible for transporting illegal aliens on

behalf of La Mesa.

## COUNT 1

### Conspiracy to Harbor Illegal Aliens

10. The factual allegations in the preceding paragraphs are realleged and incorporated as though full set forth herein.

11. Beginning on an unknown date and continuing through on or about September 3, 2024, in the District of Arizona, and elsewhere, defendants, Victor Eduardo Araiza-Ponce, ANOTONIO APARICIO III, Alonzo Esparza, CARLOS MORENO-SERRANO, XASIEL NORIEGA-GONZALEZ, JOSHUA GUILLERMO LEON-FUENTES, ANGEL RODRIGUEZ, CRYSTOBAL FIGUEROA, SAUL PONCE JR., DAVID LEON-PALLANES, MANUEL URIEL ALVARADO, ELIAN LOPEZ, RAYMUNDO DELGADO-DIAZ, ISREAL ZEVEDA, FRANCISCO JAVIER ESPARZA-MACIAS, ALEX CHIQUETE, HECTOR EDUARDO-VALDEZ, and JOSE GABRIEL MARQUEZ-MENDIOLA, in knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to conceal, harbor, and shield from detection, such aliens, in any place, including any building or any means of transportation, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and1324(a)(1)(B)(i).

## COUNT 2

### Harbor Illegal Aliens for Profit

12. The factual allegations in the preceding paragraphs are realleged and incorporated as though full set forth herein.

13. On or about November 3, 2023, in the District of Arizona, defendants, Victor Eduardo Araiza-Ponce, ANOTONIO APARICIO III, and Alonzo Esparza, did knowing

3

and in reckless disregard of the fact that certain aliens, including, but not limited to: Jose Lopez-Higuera and Jose Beltran-Beltran, had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, and shield from detection such aliens in any place, including any building and any means of transportation, for the purpose of commercial advantage or private financial gain.

All in violation of 8 U.S.C.§§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i).

## COUNT 3
### Conspiracy to Transport Illegal Aliens

14. The factual allegations in the preceding paragraphs are realleged and incorporated as though full set forth herein.

15. Beginning on an unknown date and continuing through on or about September 3, 2024, in the District of Arizona, and elsewhere, defendants, ANOTONIO APARICIO III, CARLOS MORENO-SERRANO, XASIEL NORIEGA-GONZALEZ, JOSHUA GUILLERMO LEON-FUENTES, ANGEL RODRIGUEZ, CRYSTOBAL FIGUEROA, SAUL PONCE JR., DAVID LEON-PALLANES, MANUEL URIEL ALVARADO, ELIAN LOPEZ, RAYMUNDO DELGADO-DIAZ, ISREAL ZEVEDA, FRANCISCO JAVIER ESPARZA-MACIAS, ALEX CHIQUETE, HECTOR EDUARDO-VALDEZ, and JOSE GABRIEL MARQUEZ-MENDIOLA, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the grand jury, to transport and move within the United States, and attempt to do the same, aliens who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

//

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1, 2 and 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

/ / /

/ / /

5

All in accordance with Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: September 3rd, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney